RECEIVED

NOV - 2 2011

TONY R. MOORE, CLERK
BY_____
          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JAMES SAMUEL FELKNOR

VERSUS

ROBERT HENRY FELKNOR, ET AL

CIVIL ACTION NO. 11-cv-0822

JUDGE STAGG

MAGISTRATE JUDGE HORNSBY

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **dismissed** without prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ day of _____, 2011.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE